NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-969

KAREN SPRUELL DUFRENE

VERSUS

MERIL J. DUFRENE, JR.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 199,429
HONORABLE HARRY F. RANDOW, DISTRICT JUDGE
\*\*\*\*\*\*\*\*\*\*

GLENN B. GREMILLION
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Oswald A. Decuir, and Glenn B. Gremillion, Judges.

**AFFIRMED.**

Michael H. Davis
Davis & Saybe
2017 MacArthur Drive
Building 4, Suite A
Alexandria, LA 71301
(318) 445-3621
Counsel for Plaintiff/Appellee
        Karen Spruell Dufrene

**Susan Ford Fiser**
**P. O. Box 12424**
**Alexandria, LA 71315-2424**
**(318) 442-8899**
**Counsel for Defendant/Appellant**
  **Meril J. Dufrene, Jr.**